JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL K. T. M., an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN O'MALLEY,[1] Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 2:23-07999 ADS<br><br><br>JUDGMENT |

　　　Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: October 25, 2024　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　THE HONORABLE AUTUMN D. SPAETH

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the defendant.

1 United States Magistrate Judge